UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 2:17-cv-11128-DPH-SDD

vs.        Hon. Denise Page Hood

TRACY D. COATES,

        Defendant,

and

SSC WESTLAND OPERATING
COMPANY LLC,

        Garnishee Defendant.

_____/

## **ORDER DENYING DEFENDANT'S OBJECTION TO GARNISHMENT**

Plaintiff having issued a Request for Writ of Continuing Garnishment as to Defendant and Garnishee Defendant SSC Westland Operating Company LLC (Dkt. 10); Defendant having filed an Objection to the Request for Writ of Continuing Garnishment (Dkt. 16, 17); The parties having appeared before the Court on December 1, 2017 and having agreed to an adjourned hearing date on December 18, 2017; Defendant having failed to appear for the adjourned garnishment hearing on December 18, 2017; and the Court being otherwise fully advised:

**IT IS HEREBY ORDERED** that Defendant's Objection to Garnishment is denied for the reasons stated on the record.

Dated:  December 26, 2017         s/Denise Page Hood
                                  Chief, U.S. District Court

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 26, 2017, by electronic and/or ordinary mail.

          s/Julie Owens, Acting in the Absence of LaShawn R. Saulsberry
          Case Manager